**CLEARON CORP., Occidental Chemical Corporation, Plaintiffs-Appellees**

v.

**UNITED STATES, Defendant-Appellee**

**Hebei Jiheng Chemical Co, Ltd., Defendant**

**Juancheng Kangtai Chemical Co., Ltd., Arch Chemicals, Inc., Defendants-Appellants**

2017-1520
2017-1528

United States Court of Appeals, Federal Circuit.

February 13, 2018

JAMES R. CANNON, JR., Cassidy Levy Kent (USA) LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by ULRIKA K. SWANSON, JONATHAN M. ZIELINSKI.

SONIA MARIE ORFIELD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, JEANNE E. DAVIDSON, PATRICIA M. MCCARTHY; DAVID W. RICHARDSON, Office of the Chief Counsel for Import Administration, United States Department of Commerce, Washington, DC.

ALEXANDRA H. SALZMAN, DeKieffer & Horgan, PLLC, Washington, DC, argued for defendant-appellant Juancheng Kangtai Chemical Co., Ltd. Also represented by GREGORY S. MENEGAZ, JAMES KEVIN HORGAN.

PEGGY CLARKE, Law Offices of Peggy A. Clarke, Washington, DC, argued for defendant-appellant Arch Chemicals, Inc.

(Taranto, Bryson, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**